**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **TTJ Enterprises, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-5328124** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7266 Tom Drive, Suite 200**<br>**Baton Rouge, LA 70806**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **East Baton Rouge**<br>County | **Location of principal assets, if different from principal place of business**<br>**17227 Airline Highway Prairieville, LA 70769**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **TTJ Enterprises, LLC**
_____   Case number (*if known*) _____
        Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   _____

**8.   Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **TTJ Enterprises, LLC**                                                    Case number (*if known*) _____
        Name

---

**11. Why is the case filed in**     *Check all that apply:*
**this district?**

  ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**      ■ No
**have possession of any**
**real property or personal**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

        **Why does the property need immediate attention?** (*Check all that apply.*)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
           What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

        **Is the property insured?**

        ☐ No

        ☐ Yes.  Insurance agency _____
                Contact name _____
                Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of**  .    *Check one:*
**available funds**

        ■ Funds will be available for distribution to unsecured creditors.

        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
**creditors**               ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                           ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                           ☐ 200-999

---

**15. Estimated Assets**      ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**  ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor   **TTJ Enterprises, LLC**
Name

Case number (*if known*) _____

---

█ **Request for Relief, Declaration, and Signature**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2016**
MM / DD / YYYY

**X** **/s/ James Taylor Jeansonne**
Signature of authorized representative of debtor

**James Taylor Jeansonne**
Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ William E. Steffes**
Signature of attorney for debtor

Date **January 29, 2016**
MM / DD / YYYY

**William E. Steffes**
Printed name

**Steffes, Vingiello & McKenzie, LLC**
Firm name

**13702 Coursey Boulevard**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone   **225-751-1751**

Email address _____

**12426**
Bar number and State

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Louisiana Department of Revenue
PO Box 66658
Baton Rouge, LA 70896


Office of the U.S. Trustee
Middle District of Louisiana
Region V, Texaco Center
400 Poydras Street, Suite 2110
New Orleans, LA 70130-3238


Office of the U.S. Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801-1717


Air Control Engineering
24330 Sebastian Street
Plaquemine, LA 70764


Atmos Energy
50 Laurel Street, # 2100
Baton Rouge, LA 70801


Business First Bank
Baton Rouge Banking Center
8440 Jefferson Highway, Suite 101
Baton Rouge, LA 70809


Cintas
10220 Perkins Road
Baton Rouge, LA 70810


Cintas Corporation
6800 Cintas Boulevard
Cincinnati, OH 45262

Cintas First Aid & Safety
 11401 Industriplex Boulevard, #5
Baton Rouge, LA 70809


Community Coffee
PO Box 2311
Baton Rouge, LA 70821


Daktronics, Inc.
201 Daktronics Drive
Brookings, SD 57006-5128


Eatel
913 S. Burnside Avenue
Gonzales, LA 70737


Entergy
PO Box 8108
Baton Rouge, LA 70891


Gas & Supply
2020 N. 3rd Street
Baton Rouge, LA 70802


Glazer's of Baton Rouge
1876 Sorrel Avenue
Baton Rouge, LA 70802


H.T. Hackney Co.
P.O. Box 238
Knoxville, TN 37901


Heiden Industries
1400 Veterans Memorial Boulevard
Kenner, LA 70062


Heritage Crystal Clean
10973 Laird Lane
Denham Springs, LA 70726


I.V. Jeansonne
7266 Tom Drive, Suite 200
Baton Rouge, LA 70809

Jameal Charles Michael, Jr.
36478 Hidden Oaks Court
Prairieville, LA 70769


James Taylor Jeansonne
18577 Perkins Road
Prairieville, LA 70769


LA Dept. of Agriculture & Foresty
5825 Florida Boulevard
Baton Rouge, LA 70806


Lard Oil Company, Inc.
914 Florida Avenue SW
Denham Springs, LA 70726


Louisiana Lottery
555 Laurel Street
Baton Rouge, LA 70801


Republic Group
5525 LBJ Freeway
Dallas, TX 75240-6241


Republic Services
12451 Leisure Road
Baton Rouge, LA 70807


River Parish Security System
13119 KC Road
Gonzales, LA 70737


Service Champ
180 New Britain Boulevard
Chalfont, PA 18914


Thermal Solutions, LLC
11830 Boylan Avenue
Baton Rouge, LA 70809


Trasie Jeansonne-Stelly
7266 Tom Drive, Suite 200
Baton Rouge, LA 70806

Utility Payment Processing
PO Box 96016
Baton Rouge, LA 70896


Waste Pro New Orleans
920 Kenner Avenue
Kenner, LA 70062


Waste Water Treatment Systems-Operations
8623 MG Blount Lane
Denham Springs, LA 70726